# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES E. COOLEY, JR., <br> AIS # 00230863, <br>    Plaintiff, <br><br> v. <br><br> WILLIAM STREETER, *et al.*, <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 1:18-00540-JB-N <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 59) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated December 26, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's "Motion for the Unserved Defendant(s) to be Served, and Order for an Immediately [sic] Transfer to a Different Facility for the Plaintiff" (Doc. 39) is **DENIED** as to the request for a transfer to a different facility. The Court also certifies that any appeal by the Plaintiff of this denial of his request for injunctive relief would be without merit and therefore not taken in good faith. Thus, the Plaintiff is not entitled to appeal said denial *in forma pauperis*.

**DONE and ORDERED** this 29th day of January, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE