IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES E. COOLEY, JR.,               :
      Plaintiff,                       :
                                       :
vs.                                   :          CIVIL ACTION 18-0540-JB-N
                                       :
WILLIAM STREETER, *et al*.,           :
      Defendants.                      :
                                       :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and a *de novo* determination of those portions of the Report and

Recommendation to which objection is made, the Recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It

is **ORDERED** that:

1. Summary Judgment be **GRANTED** in favor of all Defendants as to Plaintiff's Eighth Amendment claims for Denial of Medical Care.

2. Summary Judgment be **DENIED** as to Plaintiff's claims of excessive force against Defendants Streeter, Arthur, Bullard, Pacheco, and Earl.

3. Plaintiff's request for a transfer be **DISMISSED**.

4. Plaintiff's request for criminal prosecution of Defendants be **DISMISSED**.

    **DONE** this 21st day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE